**Research goals and context**

I am a researcher studying computational text analysis, and am working with a student (Lily Decatorsmith, Illinois Institute of Technology) interested in defamation lawsuits. We are conducting research on the argumentative strategies used in these lawsuits. Our goal is to analyze the text of briefs from defamation lawsuits in the United States for common argument strategies to understand how they differ across winning and losing sides of the case. Ultimately, we plan to publish these findings in a peer-reviewed academic journal, and hope that these findings will shape both legal strategy and rhetorical legal theory.

**Corpus request**

To achieve our research goals, we require a large representative corpus of briefs from civil defamation cases. We plan to use PACER to gather such a corpus. Using the PACER Case Locator, we will identify all civil cases that meet the following criteria:
- Filed between 1/1/2013 and 12/31/2023
- Closed case
- Suit code of 310 – 368, under the category of "Torts/Personal Injury"
- Filed in a US District Court

We believe that these criteria will provide a corpus which provides an adequate representation of recent defamation-related cases in the United States. Based on sample queries in CM/ECF, we estimate this search will yield approximately 141,000 cases (with these search criteria, US District Courts yielded approximately 1,500 results each). Only cases with at least one brief per side/party will be retained for the corpus.

For each retained case, we will gather the text of the briefs as well as information about the case location, code, dates, status, outcome, parties, and any relevant history or contextual information. All briefs and information will be downloaded and stored securely on the university's server, where only the researchers will have access to them for text analysis. The final publication will include statistics about the corpus, as well as a few short excerpts (less than 150 words each) to illustrate argument patterns. The corpus itself will not be made accessible to the public.